John C. Judge for license and admission to practice as an official examiner of title. No opinion. Application granted, and undertaking approved.

JUNGMAN, Appellant, v. COOPER, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Charles Jungman against Charles Cooper. A. I. Spiro, for appellant. No opinion. Judgment affirmed, with costs. Order filed.

JURG, Appellant, v. FROST, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Blanche S. Jurg against Emma R. Frost. H. A. Sperry, for appellant. J. Ewen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KATZ v. LOTT. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Appeal from Trial Term, New York County. Action by Solomon Katz, an infant, against Charles H. Lott. From a judgment on a verdict directed for defendant, and from an order denying a motion for new trial, plaintiff appeals. Reversed, and new trial ordered. L. F. Fish, for appellant. George Hahn, for respondent.

PER CURIAM. We think that there was a question of fact for the jury, and that upon the evidence the learned trial judge was not justified in directing a verdict for the defendant. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event.

McLAUGHLIN, J., dissents.

KAZLOWSKI, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Joseph Kazlowski, an infant, by Victor Kazlowski, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

CARR, J., taking no part.

KEEPERS, Respondent, v. M. HARTLEY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by William M. Keepers against the M. Hartley Company. Chas. G. Signor, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEHOE, Respondent, v. CO–OPERATIVE MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by John Kehoe against the Co-operative Motor Car Company. No opinion. Judgment and order affirmed, with costs.

KELLER, Respondent, v. FT. STANWIX KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Harold C. Keller, by Joseph Keller, his guardian ad litem, against the Ft. Stanwix Knitting Company. No opinion. Judgment and order affirmed, with costs.

KELLEY, Respondent, v. CARTON, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Margaret L. Kelley against Andrew B. Carton. I. Gainsburg, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with costs. Order filed.

KELSEY, Appellant, v. PEOPLE'S NAT. FIRE INS. CO., PHILADELPHIA, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Otto Kelsey against the People's National Fire Insurance Company, Philadelphia. L. O. Rothschild, for appellant. T. N. Crisp, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. Order filed.

KENT, Respondent, v. JAMESTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William E. Kent, as administrator, etc., of Charles Thompson, deceased, against the Jamestown Street Railway Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied. 131 N. Y. Supp. 1122.

KERNAN v. OGDEN. (Supreme Court. Appellate Division, Fourth Department. January 17, 1912.) Action by Frank Kernan, an infant, etc., against Frank C. Ogden. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KESHIN, BLITSTEIN & CO. v. BECKERMAN CONST. CO. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the mechanic's lien filed by Keshin, Blitstein & Co. against the Beckerman Construction Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

In re KINDBERG. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Edward O. Kindberg, deceased.

PER CURIAM. Decree and order, so far as appealed from, affirmed, with costs against appellant August Reymert personally. Order filed. See, also, 141 App. Div. 188, 126 N. Y.

Supp. 33; 143 App. Div. 925, 128 N. Y. Supp. 1129.

McLAUGHLIN and DOWLING, JJ., dissent.

In re KINGSLEY'S WILL. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the probate of the last will and testament of George W. Kingsley, deceased. No opinion. Appeal dismissed, upon stipulation filed.

KINKADE v. LIVE OAK COPPER MINING & SMELTING CO. et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Appeal from Special Term, New York County. Action by James F. Kinkade against the Live Oak Copper Mining & Smelting Company and others. From a judgment for plaintiff, defendant named appeals. Reversed conditionally. See, also, 146 App. Div. 957, 131 N. Y. Supp. 1123. Nelson Zabriskie, for appellant. J. Aspinwall Hodge, for respondent.

PER CURIAM. The judgment appealed from is reversed, and a new trial granted, unless plaintiff stipulates to reduce the judgment from $2,763.07 to $1,634.06; and if such stipulation be given, then the judgment appealed from is so modified, and, as modified, affirmed, without costs to either party on this appeal.

KLEIN, Respondent, v. BROOKLYN MAJESTIC THEATRE CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Marie Klein against the Brooklyn Majestic Theatre Company. (Appeal No. 1.)

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with costs. We think that the order for the second examination should stand. It appears possible that the same cause required the amputation of both breasts, and, if so, the plaintiff could not attribute the injury to the right breast, for which she seeks damages, to the negligence, or wholly to the negligence, of the defendant, complained of in this action. Defendant is not chargeable with shortcomings in the matter, and the facts shown justified the Special Term in granting the second order, which is properly limited in its scope. See Dambmann v. Butterfield, 15 Hun, 495. See, also, 132 N. Y. Supp. 1134.

KRULL et al., Appellants, v. STEIN et al., Respondents. (Supreme Court, Appellate Division. Fourth Department. January 17, 1912.) Action by Sarah A. Krull and others against Jacob J. Stein and another, as executors, etc. No opinion. Judgment affirmed, with costs.

KUTTNER v. ULMAN. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Theodore Kuttner against Ira Ulman. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KUTTNER v. ULMAN. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Theodore Kuttner against Ira Ulman. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

LAARSON, Respondent, v. CAMERON, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Selma Laarson, as administratrix, etc., against Julia E. Cameron.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, upon the ground that a finding that other and different appliances than those furnished by defendant for shifting belts were in common and general use in connection with such machinery as was here employed is against the weight of the evidence, and upon the further ground that plaintiff's intestate assumed the risk of the employment.

LACHMANN et al. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Abraham Lachmann and another against the People of the State of New York and others. No opinion. Final judgment and order affirmed, with costs. See, also, 144 App. Div. 942, 129 N. Y. Supp. 1131.

LA DUE, Respondent, v. NEW YORK & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Edward F. La Due against the New York & St. Louis Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the application of the Lake Shore & Michigan Southern Railway Company for the appointment of commissioners to ascertain the compensation to be made to the owners of and parties interested in certain lands situated in the town of Hanover, county of Chautauqua, and state of New York, and proposed to be taken by the Lake Shore & Michigan Southern Railway Company, and claimed to be owned by Ida Dickinson and others.

PER CURIAM. Report of commissioners set aside, and the order confirming the same reversed, and matter remitted to the Special Term for the appointment of new commissioners, with costs of this appeal to appellant. Held, that the submission of the printed record and briefs on the former appeal to Commissioner Palmer without the knowledge of the appellant was improper, requiring a reversal